1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10  THOMAS CASH,
11          Plaintiff,                          No. CIV S-07-2619 FCD KJM P
12      vs.
13  HIGH DESERT STATE PRISON, et al.,
14          Defendants.                         FINDINGS & RECOMMENDATIONS
15  _____/
16          On December 7, 2007, plaintiff was granted thirty days within which to file an
17  amended complaint and an application to proceed in forma pauperis.  Plaintiff was warned that
18  failure to file an amended complaint and an application to proceed in forma pauperis would
19  result in a recommendation that this action be dismissed.  The thirty day period has now expired
20  and plaintiff has not responded to the court's order.
21          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed
22  without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).
23          These findings and recommendations are submitted to the United States District
24  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
25  days after being served with these findings and recommendations, plaintiff may file written
26  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1

1  Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED: October 22, 2008.

                                                                  U.S. MAGISTRATE JUDGE

---

1
cash2615.fta